**FILED**
**IN THE UNITED STATES DISTRICT COURT** UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF COLORADO**

JUN 1 3 2006

Civil Action No. __06 - CV - 01114__-BNB...        ... ~. LANGHAM
(The above civil action number must appear on all future papers        CLERK
   sent to the court in this action. Failure to include this number
   may result in a delay in the consideration of your claims.)

BOB ALLEN CUSTARD,

      Plaintiff,

v.

CLIFF YOUNG,
W. WILLIAMSON,
J. SMITH,
J. SELLS,
MARIE BAILEY,
A. OSAGIE,
T. MANSPEAKER,
H. WATTS,
(1ST NAME UNK) SCHELELDEIN,
(1ST NAME UNK) BAUER,
(1ST NAME UNK) STARK,
(1ST NAME UNK) WALLS,
(1ST NAME UNK) PULLEN,
(1ST NAME UNK) BOND,
(1ST NAME UNK) SWANSON,
M. COLLINS,
K. REAR,
UNK. FEMALE PRISON GUARD,
W. HAYGOOD,
C. TURNER,
R. WILEY,
D.D.S. ELDRED,
LL. LEYBA, D.O.,
G.L. HERSHBERGER,
UNK. MALE PRISON GUARD, and
UNITED STATES,

      Defendants.

Dockets.Justia.com

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915, and a Prisoner Complaint. The court has determined that

the documents are deficient as described in this order. Notwithstanding the

deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff

will be directed to cure the following if he wishes to pursue his claims. Any papers

which the Plaintiff files in response to this order must include the civil action number on

this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)  ___  is not submitted
(2)  ___  is missing affidavit
(3)  ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___  is missing required financial information
(5)  ___  is missing an original signature by the prisoner
(6)  ___  is not on proper form (must use the court's current form)
(7)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(8)  ___  An original and a copy have not been received by the court. Only an original has been received.
(9)  ___  other _____

**Complaint, Petition or Application:**
(10)  ___  is not submitted
(11)  _X_  is not on proper form (must use the court's current form)
(12)  ___  is missing an original signature by the prisoner
(13)  ___  is missing page nos. ___
(14)  ___  uses et al. instead of listing all parties in caption
(15)  ___  An original and a copy have not been received by the court. Only an original has been received.
(16)  ___  Sufficient copies to serve each defendant/respondent have not been received by the court.

(17) __    names in caption do not match names in text
(18) __    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner Complaint.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __12th__ day of __June_____, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 01114**-βΝβ

Bob A. Custard
Reg. No. 02728-031
ADX - Florence
PO Box 8500
Florence, CO 81226

 I hereby certify that I have mailed a copy of the **ORDER** and **two copies of Prisoner Complaint** to the above-named individuals on _6-13-06_

GREGORY C. LANGHAM, CLERK

By:_____
     Deputy Clerk