IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01114-WYD-CBS

BOB ALLEN CUSTARD,

    Plaintiff(s),

v.

CLIFF YOUNG;
W. WILLIAMSON;
J. SMITH;
J. SELL;
MARIE BAILEY;
A. OSAGIE;
T. MANSPEAKER;
H. WATTS;
(1ST NAME UNK) SCHEFELBEIN;
(1ST NAME UNK) BAUER;
(1ST NAME UNK) STARK;
(1ST NAME UNK) WALLS;
(1ST NAME UNK) PULLEN;
(1ST NAME UNK) BOND;
(1ST NAME UNK) SWANSON;
M. COLLINS;
K. REAR;
UNK. FEMALE PRISON GUARD;
W. HAYWOOD;
C. TURNER;
R. WILEY;
D.D.S. ELDRED;
LL. LEYBA, D.O.;
G. L. HERSHBERGER;
UNK. MALE PRISON GUARD; and
UNITED STATES,

    Defendant(s).

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

Plaintiff's Motion for Order to Clerk to Correct Typographical Errors, filed September 9, 2006 (docket #16) is **GRANTED**. The caption in this case shall be amended to reflect the changes set forth in the Motion.

Dated: September 12, 2006