IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01114-WYD-CBS

BOB ALLEN CUSTARD,

     Plaintiff(s),

v.

CLIFF YOUNG;
W. WILLIAMSON;
J. SMITH;
J. SELL;
MARIE BAILEY;
A. OSAGIE;
T. MANSPEAKER;
H. WATTS;
(1ST NAME UNK) SCHEFELBEIN;
(1ST NAME UNK) BAUER;
(1ST NAME UNK) STARK;
(1ST NAME UNK) WALLS;
(1ST NAME UNK) PULLEN;
(1ST NAME UNK) BOND;
(1ST NAME UNK) SWANSON;
M. COLLINS;
K. REAR;
UNK. FEMALE PRISON GUARD;
W. HAYWOOD;
C. TURNER;
R. WILEY;
D.D.S. ELDRED;
LL. LEYBA, D.O.;
G. L. HERSHBERGER;
UNK. MALE PRISON GUARD; and
UNITED STATES,

     Defendant(s).

---

**ORDER ADOPTING AND AFFIRMING
MAGISTRATE JUDGE'S ORDER**

---

THIS MATTER is before the Court on *pro se* Plaintiff's Combined: "Affidavit/Declaration Pursuant to 28 U.S.C. 144, 455; Pltf's Motion for Change of Venue, Pltf's Motion for Evidentiary Hearing/Recusal County of Fremont-State of Colorado," filed June 28, 2006 (docket #4), and his Objection to the 8/23/06 Order Denying Request for Recusal and Change of Venue, filed September 1, 2006 (docket #15). Plaintiff objects to Magistrate Judge Boland's August 23, 2006, Order, denying his request for recusal of all district court judges and magistrate judges serving in the United States District Court for the District of Colorado and for a change of venue. *See* 28 U.S.C. § 636(b)(1)(A), Fed. R. Civ. P. 72(a), D.C.COLO.LCivR. 72.1(C)(1). The Order, which Plaintiff now appeals, states that Plaintiff's allegations supporting his request for recusal are vague and conclusory and do not satisfy the objective standard for disqualification as required by 28 U.S.C. § 455(a). Since Plaintiff filed a timely Objection, I must review the magistrate judge's Order to determine whether it is "clearly erroneous or contrary to law" since the nature of the matter is nondispositive. Fed. R. Civ. P. 72(a). "An order is clearly erroneous when the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been made." *Cook v. Rockwell Int'l Corp.*, 147 F.R.D. 237, 242 (D. Colo. 1993).

I have reviewed Plaintiff's request for recusal and change of venue and Magistrate Judge Boland's Order denying his request, and I find that the Order is not clearly erroneous. For these reasons, the Order of the United States Magistrate Judge Boland, dated August 23, 2006, is **AFFIRMED and ADOPTED**. Accordingly, it is

ORDERED that Plaintiff's Objection to the 8/23/06 Order Denying Request for

Recusal and Change of Venue, filed September 1, 2006 (docket #15) is **OVERRULED**. It is

      FURTHER ORDERED that Plaintiff's Combined: "Affidavit/Declaration Pursuant to 28 U.S.C. 144, 455; Pltf's Motion for Change of Venue, Pltf's Motion for Evidentiary Hearing/Recusal County of Fremont-State of Colorado," filed June 28, 2006 (docket #4) is **DENIED**.

      Dated:  September 12, 2006

                      BY THE COURT:


                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      U. S. District Judge