IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01114-WYD-CBS

BOB ALLEN CUSTARD,
 Plaintiff,
v.

"CLIFF" YOUNG,
W. WILLIAMSON,
J. SMITH,
J. SELL,
MARIE BAILEY,
A. OSAGIE,
T. MANSPEAKER,
H. WATTS,
(1st NAME UNKNOWN) SCHIEFELBEIN,
(1st NAME UNKNOWN) BAUER,
(1st NAME UNKNOWN) STARK,
(1st NAME UNKNOWN) WALLS,
(1st NAME UNKNOWN) PULLEN,
(1st NAME UNKNOWN) BOND,
(1st NAME UNKNOWN) SWANSON,
M. COLLINS,
K. REAR,
UNKNOWN FEMALE PRISON GUARD,
W. HAYGOOOD,
C. TURNER,
R. WILEY,
D.D.S. ELLDRED,
L. L. LEYBA, D.O.,
G. L. HERSHBERGER,
UNKNOWN MALE PRISON GUARD, and
UNITED STATES,
 Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

  This civil action comes before the court on Custard's "Motion for Screening and Service of the Amended Complaint" (filed September 15, 2006) (doc. # 24). Pursuant to the Order of Reference dated September 12, 2006 (doc. # 23) and the memorandum dated September 15, 2006 (doc. # 25), this matter was referred to the Magistrate Judge. The court has reviewed the Motion, the entire case file, and the applicable law and is

sufficiently advised in the premises.

On July 13, 2006, the court permitted Custard to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (*See* "Order Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915 Without Payment of Initial Partial Filing Fee" (doc. # 6)).  On September 7, 2006, the court granted service by the United States Marshal.  (*See* doc. # 17).  Thus, Custard's request for "Screening and Service of the Amended Complaint" is moot and unnecessary.  Accordingly,

IT IS ORDERED that Custard's "Motion for Screening and Service of the Amended Complaint" (filed September 15, 2006) (doc. # 24) is DENIED as moot and unnecessary.

DATED at Denver, Colorado, this 18th day of September, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge