IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01114-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

"CLIFF" YOUNG, et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff's tendered [Second] Amended Complaint (received September 12, 2006) (doc. # 20). Pursuant to the Order of Reference dated September 12, 2006 (doc. # 23), this civil action was referred to the Magistrate Judge. The court has reviewed the tendered [Second] Amended Complaint, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Plaintiff filed his original Prisoner Complaint on or about June 1, 2006 (doc. # 3). Plaintiff filed an Amended Prisoner Complaint on July 5, 2006 (doc. # 5). The court accepted Plaintiff's Amended Prisoner Complaint pursuant to Fed. R. Civ. P. 15(a) ("[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. . . ."

    Plaintiff tendered a [Second] Amended Complaint (doc. # 20) on September 12, 2006. Plaintiff did not file any request for leave of court to further amend the Amended Complaint.

    On September 15, 2006, Plaintiff filed his "Motion for Screening and Service of the Amended Complaint") (doc. # 24). At the time, the court misunderstood Plaintiff's Motion and denied it as moot and unnecessary. The court has since understood Plaintiff's Motion to be seeking to file the tendered [Second] Amended Complaint (doc. # 20).

Fed.R.Civ.P. 15(a) provides that leave to amend shall be freely given when justice so requires. "In the absence of any apparent or declared reason, such as undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment, leave to amend should, as the rules require, be freely given." *Beckett ex rel. Continental Western Ins. Co. v. U.S.,* 217 F.R.D. 541, 543 (D. Kan. 2003) (citations omitted). Accordingly,

IT IS ORDERED that:

1. Plaintiff's tendered [Second] Amended Complaint (received September 12, 2006) (doc. # 20) is accepted for filing as of the date of this Order and shall be titled Second Amended Complaint.

2. No further amendments may be made without leave of court.

DATED at Denver, Colorado, this 5TH day of October, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge