IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01114-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,

v.

"CLIFF" YOUNG, et al.
W. WILLIAMSON,
J. SMITH,
J. SELL,
MARIE BAILEY,
A. OSAGIE,
T. MANSPEAKER,
H. WATTS,
(1st NAME UNKNOWN) SCHIEFELBEIN,
(1st NAME UNKNOWN) BAUER,
(1st NAME UNKNOWN) STARK,
(1st NAME UNKNOWN) WALLS,
(1st NAME UNKNOWN) PULLEN,
(1st NAME UNKNOWN) BOND,
(1st NAME UNKNOWN) SWANSON,
M. COLLINS,
K. REAR,
L. L. LEYBA, D.O.,
W. HAYGOOOD,
C. TURNER,
R. WILEY,
D.D.S. ELLDRED, and
UNITED STATES,
    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 13 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER DIRECTING SERVICE OF SECOND AMENDED COMPLAINT BY UNITED STATES MARSHAL

Magistrate Judge Craig B. Shaffer

    Pursuant to the Order of Reference dated September 12, 2006 (doc. # 23), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . ."

    On July 13, 2006, Plaintiff was granted leave to proceed *in forma pauperis* without prepayment of fees pursuant to 28 U.S.C. § 1915. (*See* doc. # 6). Plaintiff's Second Amended Complaint (doc. # 37) was accepted and filed on October 5, 2006. Accordingly,

1

IT IS NOW ORDERED that the Clerk of the Court, where appropriate, shall attempt to obtain a waiver of service from the Defendants named in the Second Amended Complaint.[1]

If a waiver of service cannot be obtained by the Clerk, the United States Marshal shall serve a copy of the Second Amended Complaint and summons upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

It is further ORDERED that, after service of process on the Defendants, the Defendants or counsel for the Defendants shall respond to the Second Amended Complaint as provided for in the Federal Rules of Civil Procedure.

DATED at Denver, Colorado, this 12th day of October, 2006.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge

---

[1] Plaintiff's Second Amended Complaint withdrew four claims and dropped three Defendants: Unknown Female Prison Guard, G.L. Hershberger, and Unknown Male Prison Guard. (*See* Plaintiff's Combined Objections (doc. # 32) at ¶ 2).

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01114-WYD-CBS

Bob Allen Custard
Reg. No. 02228-031
ADX – Florence
PO Box 8500
Florence, CO 81226

Cliff Young, W. Williamson, J. Smith,
J. Sells, Marie Bailey, A. Osagie,
T. Manspeaker, FNU Schiefelbein,
FNU Bauer, FNU Stack, FNU Walls,
FNU Pullen, FNU Bond, FNU Swanson,
M. Collins, K. Rear, W. Haygood,
C. Turner, R. Wiley, D.D.S. Elldred, L. L. Leyba, – WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
ADX – Florence
**DELIVERED ELECTRONICALLY**

Harrell Watts, Acting Director- CERTIFIED
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.  20534

United States Attorney General  - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher Synsvoll for service of process on Cliff Young, W. Williamson, J. Smith, J. Sells, Marie Bailey, A. Osagie, T. Manspeaker, FNU Schiefelbein, FNU Bauer, FNU Stack, FNU Walls, FNU Pullen, FNU Bond, FNU Swanson, M. Collins, K. Rear, W. Haygood, C. Turner, R. Wiley, D.D.S. Eldred, L. L. Leyba, and to Harrell Watts, The United States Attorney General, and the United States Attorney's Office: SECOND AMENDED COMPLAINT FILED 10/5/06, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/13/06.

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk