IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01114-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

"CLIFF" YOUNG, et al.
W. WILLIAMSON,
J. SMITH,
J. SELL,
MARIE BAILEY,
A. OSAGIE,
T. MANSPEAKER,
H. WATTS,
(1st NAME UNKNOWN) SCHIEFELBEIN,
(1st NAME UNKNOWN) BAUER,
(1st NAME UNKNOWN) STARK,
(1st NAME UNKNOWN) WALLS,
(1st NAME UNKNOWN) PULLEN,
(1st NAME UNKNOWN) BOND,
(1st NAME UNKNOWN) SWANSON,
M. COLLINS,
K. REAR,
L. L. LEYBA, D.O.,
W. HAYGOOOD,
C. TURNER,
R. WILEY,
D.D.S. ELLDRED, and
UNITED STATES,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff's "Motion for Default Judgment" and "Emergency Motion for Evidentiary Hearings" (filed November 17, 2006) (doc. # 65). Pursuant to the Order of Reference dated September 12, 2006 (doc. # 23) and the memorandum dated November 20, 2006 (doc. # 66), Plaintiff's motion was referred to the Magistrate Judge.

    Plaintiff seeks default judgment against all Defendants because Defendants did not

1

timely answer the Second Amended Complaint. The Second Amended Complaint was accepted by the court and filed on October 5, 2006. (*See* doc. # 37). Several Defendants were served between October 18, 2006 and November 2, 2006. On November 6, 2006, Defendants sought an extension of time to January 5, 2007 to respond to the Second Amended Complaint. (*See* doc. # 54). The court granted Defendants' request on November 6, 2006. (*See* doc. # 58). On November 15, 2006, Plaintiff objected to the court's grant of Defendants' request for an extension of time. (*See* doc. # 64). On November 20, 2006, the District Judge overruled Plaintiff's objection. (*See* doc. # 67). As the order granting Defendant's request for an extension of time until January 5, 2007 has been affirmed, Plaintiff's request for default judgment is not appropriate. Nor do Plaintiff's allegations necessitate an evidentiary hearing. Accordingly,

IT IS ORDERED that Plaintiff's "Motion for Default Judgment" and "Emergency Motion for Evidentiary Hearings" (filed November 17, 2006) (doc. # 65) is DENIED.

DATED at Denver, Colorado, this 21st day of November, 2006.

BY THE COURT:

  s/Craig B. Shaffer  
United States Magistrate Judge