IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01114-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

"CLIFF" YOUNG et al.,
    Defendants.

___

ORDER
___

Magistrate Judge Craig B. Shaffer

    This civil action came before the court on January 19, 2007 for hearing on:

1.    Plaintiff's "Motion for Stay of Proceedings in Both Civil Actions Because Defendants' On-Site ADX Attorneys Have Maliciously Taken Pltf's [sic] Reading Eyeglasses and/or for Appointment of Counsel . . . and for Evidentiary Hearing into this Matter . . ." (filed December 18, 2006) (doc. # 71);

2.    Defendants' Second Motion to Consolidate and Extend Response Time to Answer Plaintiff's Claims (filed January 5, 2007) (doc. # 74); and

3.    Plaintiff's "Respectful Objections to the Order of November 20, 2006; Reviewing Objections to 2), 6), 7), & 8) to the 11/06/06 Minute Order and Pltf's [sic] Motion for Evidentiary Hearing on the Fraud and Misrepresentation to the Court of Pltf by Defendants @ # "12" [sic] of the 11/06/06 Defendants' Motion for Extension" (filed November 29, 2006) (doc. # 69).

    Pursuant to the Order of Reference dated September 12, 2006 (doc. # 23) and the memoranda dated December 19, 2006 and January , 2007 (docs. # 72 and # 75), these matters were referred to the Magistrate Judge. The court having reviewed the motions, the entire case file, the arguments made by Plaintiff Custard and defense counsel at the January 19, 2007 hearing, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

1.    "The Supreme Court held long ago that the right of access to the courts is a fundamental right protected by the Constitution." *Delew v. Wagner*, 143 F.3d 1219, 1222

(9th Cir. 1998) (citation omitted).  The grounds for Plaintiff Custard's Motion for Stay have been resolved since the filing of the Motion.  Plaintiff Custard indicated at the January 19, 2007 hearing that he has obtained his reading glasses, his ink pen, and his copies of law library materials.  The court has directed resolution of the issue of copying Plaintiff's Custard's exhibits for inclusion with his response to Defendant's Motion to Dismiss. Plaintiff's "Motion for Stay of Proceedings in Both Civil Actions Because Defendants' On-Site ADX Attorneys Have Maliciously Taken Pltf's [sic] Reading Eyeglasses . . . " (filed December 18, 2006) (doc. # 71) is DENIED as unnecessary and moot.

The hearing held January 19, 2007 suffices to satisfy Plaintiff Custard's request for an evidentiary hearing regarding his Motion to Stay.  Plaintiff's Motion "for Evidentiary Hearing into this Matter . . ." (filed December 18, 2006) (doc. # 71) was GRANTED by the hearing held January 19, 2007.

Plaintiff Custard's request for appointed counsel will be granted to the extent that the court will request the Clerk of the Court to place this civil action on the list for which counsel may volunteer.  Plaintiff's Motion "for Appointment of Counsel" (filed December 18, 2006) (doc. # 71) is GRANTED.  **The court requests that the Clerk of the Court place this case on the list of cases for which counsel may choose to volunteer.** Plaintiff Custard is reminded that this Order does not guarantee that a lawyer will volunteer to represent him.  Plaintiff Custard must be prepared to proceed *pro se* as necessary.

2. Defendants' Second Motion to Consolidate and Extend Response Time to Answer Plaintiff's Claims (filed January 5, 2007) (doc. # 74) is GRANTED.  Defendants may respond to the Second Amended Complaint (doc. # 37) **on or before February 5, 2007**.

3. The Second Amended Complaint was accepted by the court and filed on October 5, 2006.  (*See* doc. # 37).  Several Defendants were served between October 18, 2006

and November 2, 2006. On November 6, 2006, Defendants sought an extension of time to January 5, 2007 to respond to the Second Amended Complaint. (*See* doc. # 54). The court granted Defendants' request on November 6, 2006. (*See* doc. # 58). On November 15, 2006, Plaintiff Custard objected to the court's grant of Defendants' request for an extension to time. (*See* doc. # 64). On November 20, 2006, the District Judge overruled Plaintiff's objection. (*See* doc. # 67). As Plaintiff's objections to the Magistrate Judge's Order dated November 6, 2006 have already been overruled by the District Judge, Plaintiff's "Respectful Objections to the Order of November 20, 2006; Reviewing Objections to 2), 6), 7), & 8) to the 11/06/06 Minute Order and Pltf's [sic] Motion for Evidentiary Hearing on the Fraud and Misrepresentation to the Court of Pltf [sic] by Defendants @ # "12" [sic] of the 11/06/06 Defendants' Motion for Extension" (filed November 29, 2006) (doc. # 69) is DENIED as duplicative and moot.

DATED at Denver, Colorado, this 22nd day of January, 2007.

BY THE COURT:


   s/Craig B. Shaffer
United States Magistrate Judge