IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01114-WYD-CBS

BOB ALLEN CUSTARD,

    Plaintiff(s),

v.

CLIFF YOUNG;
W. WILLIAMSON;
J. SMITH;
J. SELL;
MARIE BAILEY;
A. OSAGIE;
T. MANSPEAKER;
H. WATTS;
(1ST NAME UNK) SCHEFELBEIN;
(1ST NAME UNK) BAUER;
(1ST NAME UNK) STARK;
(1ST NAME UNK) WALLS;
(1ST NAME UNK) PULLEN;
(1ST NAME UNK) BOND;
(1ST NAME UNK) SWANSON;
M. COLLINS;
K. REAR;
UNK. FEMALE PRISON GUARD;
W. HAYWOOD;
C. TURNER;
R. WILEY;
D.D.S. ELDRED;
LL. LEYBA, D.O.;
G. L. HERSHBERGER;
UNK. MALE PRISON GUARD; and
UNITED STATES,

    Defendant(s).

**ORDER**

THIS MATTER is before the Court on *pro se* Plaintiff's "Combined Opposition to Defendants' 1/05/07 'Second Motion to . . . Extend Response Time to Answer,' Complaint AND Plaintiff's Motion for Default Judgment Against Defendants for Failure to Answer Complaint," filed January 26, 2007 (docket #84).

Defendants filed a second motion to consolidate and extend response time to answer Plaintiff's claims on January 5, 2007. Magistrate Judge Shaffer granted Defendants' motion by Order dated January 22, 2007, and ordered that Defendants may respond to the Second Amended Complaint in this case on or before February 5, 2007. Plaintiff's instant motion is wholly frivolous and without merit. There is absolutely no legal basis upon which to grant the relief requested in the motion. Plaintiff has been cautioned that he would be subject to sanctions if he continued filing frivolous motions. Therefore, Plaintiff may not file any additional documents with this Court until Defendants have filed their response to the Second Amended Complaint.

Accordingly, it is hereby

ORDERED that Plaintiff's "Combined Opposition to Defendants' 1/05/07 'Second Motion to . . . Extend Response Time to Answer,' Complaint AND Plaintiff's Motion for Default Judgment Against Defendants for Failure to Answer Complaint," filed January 26, 2007 (docket #84) is **DENIED**. It is

FURTHER ORDERED that Plaintiff shall not be permitted to file any additional documents in this case until Defendants have filed their response to the Second Amended Complaint. Any documents filed by Plaintiff prior to this time shall be summarily **STRICKEN**.

Dated: January 30, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge