IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01114-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

"CLIFF" YOUNG et al.,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Custard's "Motion for Extension of Time to Respond to [Defendants'] Motion to Dismiss and . . . for Order for Service of Complaint . . . " (filed April 6, 2007) (doc. # 97). Pursuant to the Order of Reference dated September 12, 2006 (doc. # 23) and the memorandum dated April 6, 2007 (doc. # 98), this matter was referred to the Magistrate Judge. The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises,

    **IT IS ORDERED that** Mr. Custard's "Motion for Extension of Time to Respond to [Defendants'] Motion to Dismiss and . . . for Order for Service of Complaint . . . " (filed April 6, 2007) (doc. # 97) is GRANTED IN PART AND DENIED IN PART. Mr. Custard may respond to Defendants' Motion to Dismiss (doc. # 94) **on or before May 10, 2007**. Defense counsel shall report to the court **on or before April 27, 2007** the status of the court's request for waiver of service by Defendants J. Smith, [1st Name Unknown] Schiefelbein, L.L. Leyba, D.O., and D.D.S. Elldred.

    DATED at Denver, Colorado, this 9th day of April, 2007.

                                                          BY THE COURT:

                                                             s/Craig B. Shaffer
                                                         United States Magistrate Judge