IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01114-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

"CLIFF" YOUNG, et al.,
    Defendants.

___

## ORDER
___

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on "Plaintiff's Motion for Leave of Court for Limited Amendment (that Involves Dropping of Several Claims and Defendants Only)" (filed April 17, 2007) (doc. # 101). Pursuant to the Order of Reference dated September 12, 2006 (doc. # 23) and the memorandum dated April 17, 2007 (doc. # 102), this matter was referred to the Magistrate Judge. Mr. Custard seeks to withdraw "Claims I, II, IV & IV [sic],"[1] to dismiss "Defendant United States as to Claims I, II, IV, V," and to dismiss "Defendants K. Rear, C. Turner, M. Bond, Mark Collins, Marie Bailey, Jason Swanson, Cliff Young, Chad Stark, Harrell Watts, Timethea Pullen, Harvey Walls, Wilburn Williamson, J. Sell, J. Smith, and Rod Bauer." Mr. Custard further indicates that he intends to proceed "against Defendants Eldred, Schiefelbein, Osagie, Wiley, Manspeaker, Leyba, & Haygood & United States as to Claim III only" and that he wishes to strike references to "Professional capacity." The court having reviewed Mr. Custard's Motion, the entire case file, and the applicable law and being sufficiently advised in the premises,

IT IS ORDERED that:

    1.    "Plaintiff's Motion for Leave of Court for Limited Amendment (that Involves

---

[1] While Mr. Custard states "Claims I, II, IV & IV" here, the court understands Mr. Custard to mean Claims I, II, IV, and V, as elsewhere in his motion he clarifies that he intends to proceed on Claim III only.

1

Dropping of Several Claims and Defendants Only)" (filed April 17, 2007) (doc. # 101) is GRANTED.

  2. Claims One, Two, Four, and Five of the Second Amended Complaint (doc. # 37) are WITHDRAWN.

  3. Defendants Young, Williamson, Smith, Sell, Bailey, Watts, Bauer, Stark, Walls, Pullen, Bond, Swanson, Collins, Rear, and Turner are hereby DISMISSED from this civil action.

  4. This civil action shall proceed against Defendants A. Osagie, T. Manspeaker, Dave Schiefelbein, W. Haygood, R. Wiley, D.D.S. Eldred, L.L. Leyba, D.O., and the United States as to Claim III only.

  5. Any reference in Claim III to "professional capacity" is hereby withdrawn except as to the United States and the FTCA.

  DATED at Denver, Colorado, this 18th day of April, 2007.

                BY THE COURT:

                s/Craig B. Shaffer
                United States Magistrate Judge