IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01114-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

A. OSAGIE,
T. MANSPEAKER,
DAVE SCHIEFELBEIN,
W. HAYGOOD,
R. WILEY,
D.D.S. ELDRED,
L.L. LEYBA, D.O., and
THE UNITED STATES,
    Defendants.

___

ORDER
___

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Custard's "Renewed Motion for Issuance of Court Order Directing Bureau of Prisons, Florence ADX Administrative Staff to Forthwith Provide the Current Residence of Defendant L. L. Leyba for Service of Complaint Purposes . . ." (filed May 9, 2007) (doc. # 109).  Pursuant to the Order of Reference dated September 12, 2006 (doc. # 23) and the memorandum dated May 9, 2007 (doc. # 110), this matter was referred to the Magistrate Judge.  The court has reviewed the Motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Mr. Custard is currently incarcerated and is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (*See* July 13, 2006 "Order Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915 Without Payment of Initial Partial Filing Fee" (doc. # 6)).  On April 18, 2007, the court accepted Mr. Custard's amendments to the Amended Prisoner Complaint.  (*See* docs. # 5, # 103).

    On April 9, 2007, the court directed defense counsel to report the status of the

1

court's request for waiver of service by Defendants J. Smith, Schiefelbein, Leyba and Elldred.  (*See* Order (doc. # 99)).  Defendants responded on April 27, 2007 that, *inter alia*, Defendant Elldred will execute a waiver of service upon his return from medical leave on or about three weeks after April 27, 2007 and Defendant Leyba did not waive service as he has not been employed with the Bureau of Prisons since April 2006 and cannot be served through the Bureau of Prisons.  (*See* docs. # 106, # 107 and # 108).

Mr. Custard now asks the court to compel the Bureau of Prisons to provide personal residence addresses for Defendants Leyba and Elldred for the purpose of service of process.  The court concludes that Elldred's waiver of service will be sufficient, thereby vitiating Mr. Custard's request for Elldred's personal residence address.  The Bureau of Prisons has not indicated whether it has a last-known or forwarding address for Defendant Leyba.  Accordingly,

IT IS ORDERED that Mr. Custard's "Renewed Motion for Issuance of Court Order Directing Bureau of Prisons, Florence ADX Administrative Staff to Forthwith Provide the Current Residence of Defendant L. L. Leyba for Service of Complaint Purposes . . ." (filed May 9, 2007) (doc. # 109) is DENIED as to Defendant Elldred and GRANTED IN PART as to Defendant Leyba to the extent that if the Bureau of Prisons has a last-known or forwarding address for Defendant Leyba, the Bureau of Prisons shall file such address with the court **under seal** on or before May 31, 2007.

DATED at Denver, Colorado, this 14th day of May, 2007.

BY THE COURT:

   s/ Craig B. Shaffer     
United States Magistrate Judge