IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01114-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

A. OSAGIE,
T. MANSPEAKER,
DAVE SCHIEFELBEIN,
W. HAYGOOD,
R. WILEY,
D.D.S. ELDRED,
L.L. LEYBA, D.O., and
THE UNITED STATES,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 23 2007

GREGORY C. LANGHAM
CLERK

---

ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court for personal service of the Second Amended Complaint. Mr. Custard is currently incarcerated and is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* July 13, 2006 "Order Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915 Without Payment of Initial Partial Filing Fee" (doc. # 6)). The Second Amended Complaint (doc. # 37) was accepted by the court for filing on October 5, 2006 and amended by the court's Order dated April 18, 2007 (doc. # 103).

    Defendant L.L. Leyba did not waive service as he has not been employed with the Bureau of Prisons since April 2006 and cannot be served through the Bureau of Prisons. (*See* docs. # 106, # 107, and # 108). On May 14, 2007, the court directed the Bureau of Prisons to file under seal any last-known or forwarding address for Defendant Leyba. (*See* doc. # 111). On May 16, 2007, Defendants filed under seal a last-known address for Defendant Leyba. Accordingly,

    IT IS ORDERED that the Clerk of the Court, where appropriate, shall attempt to obtain a waiver of service from **Defendant L.L. Leyba** at the confidential address filed with

1

the court **under seal** on May 16, 2007 (doc. # 112). This address shall be kept confidential. If a waiver of service cannot be obtained by the Clerk, the United States Marshal shall serve a copy of the Second Amended Complaint (doc. # 37 as amended by the court's Order dated April 18, 2007 (doc. # 103)) and summons upon Defendant L.L. Leyba. Where appropriate, the Marshal shall first attempt to obtain a waiver of service pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED at Denver, Colorado, this 17th day of May, 2007.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01114-WYD-CBS

Bob Allen Custard
Reg. No. 02228-031
ADX – Florence
PO Box 8500
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: L.L. Leyba - **UNDER SEAL**

J. Benedict Garcia, Assistant U.S. Attorney
United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the U.S. Marshal Service for service of process on L.L. Leyba: SECOND AMENDED COMPLAINT FILED 10/5/06, ORDER (DOCUMENT 103) FILED 4/18/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/23/07.

                                              GREGORY C. LANGHAM, CLERK

                                              By: _____
                                                      Deputy Clerk