IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01114-WYD-CBS

BOB ALLEN CUSTARD,
        Plaintiff,
v.

A. OSAGIE, et al.,
        Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

        This civil action comes before the court on Mr. Custard's "Motion/Respectful Demand for Service of Complaint on U.S. or in the Alternative for Default Judgment" (filed October 5, 2007) (doc. # 132).  Pursuant to the Order of Reference dated September 12, 2006 (doc. # 23) and the memorandum dated October 5, 2007 (doc. # 133), the Motion was referred to the Magistrate Judge.  The court has reviewed the Motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

        The United States has been served and has appeared in this action by filing its Motion to Dismiss (doc. # 94).  Thus, Mr. Custard's request for service on the United States is unnecessary and Mr. Custard's alternative request for default judgment against the United States is properly denied.

        Further, the court clarifies that Mr. Custard may concurrently sue the United States for a violation of the Federal Tort Claims Act and the individual federal officers under *Bivens* "by reason of the same subject matter."  Mr. Custard simply may not obtain a judgment on both claims, as a judgment against the United States under the FTCA and a judgment against individual federal officers under *Bivens* would be duplicative.  Further, a *Bivens* claim may be decided by a jury while an FTCA claim is decided by the court.

        Accordingly,

1

IT IS ORDERED that Mr. Custard's "Motion/Respectful Demand for Service of Complaint on U.S. or in the Alternative for Default Judgment" (filed October 5, 2007) (doc. # 132) is DENIED.

DATED at Denver, Colorado, this 9th day of October, 2007.

BY THE COURT:


    s/Craig B. Shaffer
United States Magistrate Judge