IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01114-WYD-CBS

BOB ALLEN CUSTARD,

    Plaintiff,

v.

CLIFF YOUNG, et al.

    Defendants.

---

**ORDER ADOPTING AND AFFIRMING MAGISTRATE JUDGE'S ORDER**

---

This matter is before the Court on: (1) the Motion to Dismiss filed on March 23, 2007 by Defendants Osagie, Manspeaker, Haygood, Wiley, and the United States (doc. #24); and (2) the Motion to Dismiss filed on August 6, 2007 by Defendants Scheifelbein, Leyba, and Eldred (doc. # 126). Pursuant to the Order of Reference dated September 12, 2006 (doc. #23) and the memoranda dated March 23, 2007 (doc. #95) and August 6, 2007 (doc. #127), these matters were referred to Magistrate Judge Shaffer. This Order will also address Plaintiff's Motion to Expedite Ruling on Plaintiff's Objections to 9/14/07 Report and Recommendation, filed March 4, 2008 (docket #139).

Magistrate Judge Shaffer issued a Recommendation on September 14, 2007, which is incorporated herein by reference. See 28 U.S.C. § 636(b)(1), FED. R. CIV. P. 72(b), D.C.COLO.LCivR. 72.1. Magistrate Judge Shaffer recommends therein that the Motion to Dismiss filed on March 23, 2007 by Defendants Osagie, Manspeaker, Haygood, Wiley, and the United States (doc. # 94) be granted in part and denied in

part; that the Motion to Dismiss filed on August 6, 2007, by Defendants Scheilfelbein, Leyba and Eldred (doc. # 126) be granted in part and denied in part; that Defendant Eldred be dismissed from this civil action; that the portion of Claim Three alleging retaliation be dismissed with prejudice; that the portion of Claim Three alleging conspiracy be dismissed with prejudice; and that Mr. Custard's request for injunctive relief be dismissed as moot. See Recommendation at 14.

On October 1, 2007, Plaintiff filed a timely Objection, which necessitates a de novo determination as to those specified proposed findings or recommendations to which objection is made since the nature of the matter is dispositive. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1). Plaintiff's objections relate to the portions of the Recommendation which recommend the following: 1) dismissing with prejudice the portion of Claim Three alleging retaliation, 2) dismissing with prejudice the portion of Claim Three alleging conspiracy, 3) dismissing as moot the request for injunctive relief, 4).

II. ANALYSIS

    A.    Motion to Dismiss

Magistrate Judge Shaffer found in the Recommendation that Plaintiff's allegations are too vague and conclusory to state a cognizable *Bivens* claim for unconstitutional retaliation against the Defendants named in Claim Three. Recommendation at 10. He also found that Plaintiff has not set forth any "chronology of events from which retaliation may plausibly be inferred." *Id.* (quoting, *Jones v. Greninger*, 188 F.3d 322, 325). Additionally, he found that Plaintiff has failed to

adequately allege that his grievances were the "but for" cause of the denial of denture adhesive. *Id.* (citing, *Babcock v. White*, 102 F.3d 267, 275 (7th Cir. 1996). Magistrate Judge Shaffer found that Plaintiff has failed to state a claim against Defendants for retaliation based on the exercise of a constitutional right.

Plaintiff objects to the recommendation to dismiss the retaliation claim. Plaintiff asserts that he has been denied the discovery needed to prove his retaliation claim. Further, Plaintiff posits that the Court should "give him at least a chance" to prove his claim and if he is unsuccessful the Defendants can raise the issue again in a summary judgment motion. I find that Plaintiff's argument that he should be given an opportunity to conduct discovery and present new evidence is without merit. I am constrained by the allegations as presented in the Complaint. Therefore, I find that there is no merit to the Plaintiff's objection regarding the retaliation claim.

As to the conspiracy portion of Claim Three, Magistrate Judge Shaffer found in the Recommendation that Plaintiff's recitation of statements allegedly made by Defendants Osagie, Manspeaker, and Leyba that "nobody likes you at medical," "you are threatening me," "everybody's hoping you'll choke to death," " I will not weigh you,""I have been hoping for two months that you'd choke to death...," and "none of my men care about your bleeding gums or if you choke to death" are not sufficient to state a claim for conspiracy. *Id.* at 11. He also found that Plaintiff has failed to allege facts sufficient to suggest the existence of any of the elements of a conspiracy. *Id.* Magistrate Judge Shaffer found that Plaintiff has failed to state a claim for conspiracy under *Bivens Gardens Office Bldg. v. Barnett Banks, Inc.*, 140 F.3d 898.

Recommendation at 11-12.

Plaintiff's objection presents no authority that contradicts the findings of the Recommendation that this portion of Claim Three is not viable. I agree with Magistrate Judge Shaffer that the statements of the individual Defendants, in and of themselves, are not sufficient to suggest the existence of any of the elements of a conspiracy.

As to the injunctive relief, Magistrate Judge Shaffer found that Plaintiff has essentially received the relief that he sought and that the court can no longer grant any effective relief, making the request for injunctive relief moot. *Id.* at 14. Plaintiff objects, asserting that one day he will be indigent again and when this occurs he will not be able to afford his dental adhesive and that he will again be denied his denture adhesive by the guards. As Plaintiff has already received the relief that he has sought, I will not anticipate whether Plaintiff will be denied his denture adhesive in the future. Finally, I have reviewed Plaintiff's remaining arguments in the Objection, and find no basis to reject the Recommendation.

As I have already reached a decision on the Report and Recommendations of United States Magistrate Judge, Plaintiff's Motion to Expedite Ruling on Plaintiff's Objections to 9/14/07, dated March 4, 2008 (doc. #139) is **GRANTED**.

III. CONCLUSION

Accordingly, for the reasons stated above, it is

ORDERED that the Recommendation of United States Magistrate Judge filed September 14, 2007 is **AFFIRMED AND ADOPTED**. In accordance therewith, it is

FURTHER ORDERED that the Motion to Dismiss filed on March 23, 2007 by

Defendant Osagia, Manspeaker, Haygood, Wiley, and the United States (doc. #94) is **GRANTED IN PART AND DENIED IN PART**. It is

FURTHER ORDERED the Motion to Dismiss filed on August 6, 2007 by Defendants Scheifelbein, Leyba, and Eldred (doc. #126) is **GRANTED IN PART AND DENIED IN PART**. It is

FURTHER ORDERED that Defendant Eldred is **DISMISSED** from this civil action. It is

FURTHER ORDERED that the portion of Claim Three alleging retaliation is **DISMISSED WITH PREJUDICE**. It is

FURTHER ORDERED that the portion of Claim Three alleging conspiracy is **DISMISSED WITH PREJUDICE**. It is

FURTHER ORDERED that Plaintiff's request for injunctive relief is **DISMISSED AS MOOT**. It is

FURTHER ORDERED that Plaintiff's Motion to Expedite Ruling on Plaintiff's Objections to 9/14/07 is **GRANTED**.

Dated: March 20, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge