IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01114-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

A. OSAGIE,
T. MANSPEAKER,
DAVE SCHIEFELBEIN,
W. HAYGOOD,
R. WILEY,
L.L. LEYBA, D.O., and
THE UNITED STATES,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on:(1) Mr. Custard's "Motion for Court Order Directing a Court Employee/Officer to Communicate to [Plaintiff] the Court Order of March 20, 2008 [Received] by [Plaintiff] via Non-Legal Mail on 3/24/08" (filed March 31, 2008) (doc. # 143) (internal quotation marks omitted); and (2) Mr. Custard's "Motion . . . for the Court to Request an Attorney to Represent [Plaintiff] in this Action" (filed April 2, 2008) (doc. # 145) (internal quotation marks omitted). Pursuant to the Order of Reference dated September 12, 2006 (doc. # 23) and the memoranda dated April 1, 2008 (doc. # 144) and April 2, 2008 (doc. # 146), these matters were referred to the Magistrate Judge. The court has reviewed Mr. Custard's Motions, the entire case file, the presentations made at the hearing held on April 29, 2008 in Civil Action No. 06-cv-01036-WYD-CBS, *Custard v. Turner et al.*, and the applicable law and is sufficiently advised in the premises.

    First, in light of the representations made at the hearing held on April 29, 2008 in Civil Action No. 06-cv-01036-WYD-CBS, *Custard v. Turner et al.*, that Mr. Custard now possesses adequate reading glasses and is capable of reading the documents he has

received in the mail, Mr. Custard's request "for Court Order Directing a Court Employee/Officer to Communicate to [Plaintiff] the Court Order of March 20, 2008 . . ." is properly denied as moot.

Second, while indigent civil litigants have no constitutional or statutory right to be represented by a lawyer, *Merritt v. Faulkner*, 697 F.2d 761, 763 (7th Cir. 1983), in its discretion the court "may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). The court may request legal counsel for Mr. Custard by placing this case on the list of cases for which counsel may choose to volunteer. The court will direct that the Clerk of the Court place this case on the list of cases for which counsel may choose to volunteer.

Accordingly, IT IS ORDERED that:

1. Mr. Custard's "Motion for Court Order Directing a Court Employee/Officer to Communicate to [Plaintiff] the Court Order of March 20, 2008 [Received] by [Plaintiff] via Non-Legal Mail on 3/24/08" (filed March 31, 2008) (doc. # 143) is DENIED as moot.

2. Mr. Custard's "Motion . . . for the Court to Request an Attorney to Represent [Plaintiff] in this Action" (filed April 2, 2008) (doc. # 145) is GRANTED.

3. The Clerk of the Court shall place this case on the list of cases for which counsel may choose to volunteer.

4. Defendants may file their answers to the Second Amended Complaint (doc. # 37) on or before May 27, 2008.

5. The preliminary scheduling conference set on June 17, 2008 at 10:45 a.m. is hereby VACATED.

6. **A status conference is set on July 28, 2008 at 10:00 a.m.** in Courtroom A-402, Fourth Floor of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, 80294. Mr. Custard or his case manager shall arrange for his participation via telephone and shall call (303) 844-2117 at the scheduled time.

DATED at Denver, Colorado, this 30th day of April, 2008.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge