IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01114-WYD-CBS

BOB ALLEN CUSTARD,
        Plaintiff,
v.

A. OSAGIE, et al.,
        Defendants.

---

## ORDER

---

Magistrate Judge Craig B. Shaffer

        This civil action comes before the court on Mr. Custard's "Motion for Order of Record . . . " (filed May 19, 2008) (doc. # 157). Pursuant to the Order of Reference dated September 12, 2006 (doc. # 23), this civil action was referred to the Magistrate Judge to "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . ." The court having reviewed the motion and the entire case file and being sufficiently advised in the premises,

        IT IS ORDERED that Mr. Custard's "Motion for Order of Record . . . " (filed May 19, 2008) (doc. # 157) is DENIED.

        DATED at Denver, Colorado, this 23rd day of July, 2008.

                                BY THE COURT:


                                ___s/Craig B. Shaffer_____
                                United States Magistrate Judge