IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01114-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

A. OSAGIE,
T. MANSPEAKER,
DAVE SCHIEFELBEIN,
W. HAYGOOD,
R. WILEY,
L.L. LEYBA, D.O., and
THE UNITED STATES,
    Defendants.

ORDER

Magistrate Judge Craig B. Shaffer

On October 21, 2008, the court permitted Mr. Custard's volunteer counsel to withdraw, based on her and Mr. Custard's descriptions of the breakdown of their attorney-client relationship. Mr. Custard promptly made an oral request that the court again place this case on the list of cases for which counsel may choose to volunteer. Pursuant to the Order of Reference dated September 12, 2006 (doc. # 23), Mr. Custard's request is before the Magistrate Judge. While indigent civil litigants have no constitutional or statutory right to be represented by a lawyer, *Merritt v. Faulkner*, 697 F.2d 761, 763 (7th Cir. 1983), in its discretion the court "may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1).

Accordingly, IT IS ORDERED that:

1.    The Clerk of the Court shall again place this case on the list of cases for which counsel may choose to volunteer. The court hereby advises Mr. Custard that this Order does not guarantee that a lawyer will volunteer to represent him. Mr. Custard must continue to proceed *pro se* as necessary.

1

2. **A preliminary scheduling conference is set on November 18, 2008 at 2:15 p.m.** in Courtroom A-402, Fourth Floor of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, 80294. Mr. Custard or his case manager shall arrange for his participation via telephone and shall call (303) 844-2117 at the scheduled time.

DATED at Denver, Colorado, this 21st day of October, 2008.

BY THE COURT:


s/Craig B. Shaffer
United States Magistrate Judge