IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01114-WYD-CBS

BOB ALLEN CUSTARD,

      Plaintiff(s),

v.

CLIFF YOUNG;
W. WILLIAMSON;
J. SMITH;
J. SELL;
MARIE BAILEY;
A. OSAGIE;
T. MANSPEAKER;
H. WATTS;
(1ST NAME UNK) SCHEFELBEIN;
(1ST NAME UNK) BAUER;
(1ST NAME UNK) STARK;
(1ST NAME UNK) WALLS;
(1ST NAME UNK) PULLEN;
(1ST NAME UNK) BOND;
(1ST NAME UNK) SWANSON;
M. COLLINS;
K. REAR;
UNK. FEMALE PRISON GUARD;
W. HAYWOOD;
C. TURNER;
R. WILEY;
D.D.S. ELDRED;
LL. LEYBA, D.O.;
G. L. HERSHBERGER;
UNK. MALE PRISON GUARD; and
UNITED STATES,

      Defendant(s).

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to the Stipulated Motion to Dismiss [doc. #186] filed by the parties on

November 25, 2008, it is hereby

ORDERED that this action is **DISMISSED WITH PREJUDICE**, each party to pay

their own costs and attorney's fees.

Dated: November 25, 2008.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE