IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01114-WYD-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

A. OSAGIE,
T. MANSPEAKER,
DAVE SCHIEFELBEIN,
W. HAYGOOD,
R. WILEY,
L.L. LEYBA, D.O., and
THE UNITED STATES,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Custard's "Motion for a Writ of Execution and/or for a Court Order to Enforce a Judgment for the Payment of Money" (filed February 6, 2009) (doc. # 190). Pursuant to the Order of Reference dated September 12, 2006 (doc. # 23) and the memorandum dated February 10, 2009 (doc. # 192), the motion was referred to the Magistrate Judge. In light of the filing of the "Receipt and Satisfaction of Judgment" (*see* doc. # 193),

IT IS ORDERED that Mr. Custard's "Motion for a Writ of Execution and/or for a Court Order to Enforce a Judgment for the Payment of Money" (filed February 6, 2009) (doc. # 190) is DENIED as moot.

DATED at Denver, Colorado, this 18th day of February, 2009.

                                                          BY THE COURT:

                                                          s/Craig B. Shaffer
                                                          United States Magistrate Judge